UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALE LESTER MORRIS,

    Plaintiff,

v.

HEIDI WASHINGTON,                    Case No. 20-13268
CARMAN MACINTIRE, and
SHERMAN CAMPBELL,                Honorable Nancy G. Edmunds

    Defendants.

_____/

## JUDGMENT

The Court having reviewed and fully considered the pleadings filed by the parties and the magistrate judge's report and recommendation, and for the reasons set forth in the opinion and order entered this date,

The report and recommendation is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendants and this case is DISMISSED.

SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: August 13, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 13, 2021, by electronic and/or ordinary mail.

                                            s/Lisa Bartlett
                                          Case Manager